# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | DANA M. KOHNEN |
| Case Number: | 16-20824-JAD    Chapter: 13 |
| Date / Time / Room: | TUESDAY, SEPTEMBER 19, 2017 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Trustee's Objection To Notice Of Postpetition Mortgage Fees, Expenses And Charges filed by Ronda J. Winnecour, Esquire, Chapter 13 Trustee
- Response filed 8/21/2017 at Doc. No. 39 by MidFirst Bank  [Due 8/21/2017]
R / M #:   37 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR:  LAUREN M. LAMB, ESQUIRE
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for MIDFIRST BANK

## Proceedings:

```
___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓    CONTINUE MATTER:
        ✓  For At Least  30  Days (Court To Issue Scheduling Order)
        _____ To Hearing Date Of _____ at _____ AM/PM at
        _____
        _____ To Conciliation Conference For _____ at
               _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order - NONJURY  /  JURY
        _____ Simple / Pretrial Order - NONJURY  /  JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:
```

**- Continue Matter For At Least 30 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
9/20/17 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA