**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **DANA M. KOHNEN** | : | **Bankruptcy No. 16-20824-JAD** |
| | : | |
| | : | |
| **Debtor.** | : | **Chapter 13** |
| | X | |
| **RONDA J. WINNECOUR, CHAPTER 13** | : | |
| **TRUSTEE.** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | **Related To Doc. No.  37** |
| | : | |
| **MIDFIRST BANK,** | : | |
| | : | |
| **Respondent.** | : | |
| | X | |

## ORDER CONTINUING HEARING

**AND NOW**, this **20th** day of **September**, **2017**, a hearing having been held on **September 19, 2017**, on the **Objection To Notice Of Postpetition Mortgage Fees, Expenses And Charges** filed by **Ronda J. Winnecour, Chapter 13 Trustee** at **Doc. No. 37**, and the responsive pleading filed by MidFirs Bank at Doc. No. 39;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the hearing on the above-referenced matter **IS CONTINUED** to **Wednesday, November 15, 2017** at **10:30 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Jeffery A. Deller                          mas
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Dana M. Kohnen
Lauren M. Lamb, Esquire
James C. Warmbrodt, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
9/20/17 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00022192

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-20824-JAD
Dana M. Kohnen                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Sep 20, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db             +Dana M. Kohnen,    332 East Garden Road,    Pittsburgh, PA 15227-3106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   MidFirst Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          Lauren M. Lamb    on behalf of Debtor Dana M. Kohnen
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
           brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.org
                                                                                            TOTAL: 7