## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 16-20824-JAD |
| Dana M. Kohnen<br>　　　　　Debtor | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee, | Doc. No. 44 |
| 　　　　　Movant,<br>v. | Related to Doc. Nos. 37, 39 |
| MidFirst Bank,<br>　　　　　Respondent | |

### STIPULATION AND ORDER AS TO TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Respondent, MidFirst Bank, filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on July 27, 2016 listing fees and expenses totaling $1,350.00; and

WHEREAS, the Chapter 13 Trustee has filed an objection to Respondent's fees and charges; and

WHEREAS, Respondent has filed a Response to the Trustee's objection;

It is therefore Stipulated and agreed as follows:

1.　Respondent's fees and charges shall be allowed in the amount of $900.00; the balance of fees and charges in the amount of $450.00 are disallowed.

2. Respondent shall provide to the Court and to the Trustee proof that Respondent's records have been adjusted to remove the disallowed portion of the fees and charges no later than 60 days from the date of the order approving this Stipulation, which proof shall include a notarized affidavit by a corporate officer reflecting that the charges have been removed, as well as a full and comprehensible loan history from the date Respondent first acquired an interest in the loan.

3. Respondent is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, for attending any hearing in this matter, or for otherwise complying with this Stipulation and Order.

Consented to by:

| | |
|---|---|
| /s/ Ronda J. Winnecour | /s/ James C. Warmbrodt, Esquire |
| Ronda J. Winnecour, Esquire | James C. Warmbrodt, Esquire |
| Chapter 13 Trustee | Attorney for Respondent |
| US Steel Tower-Suite 3250 | KML Law Group, P.C. |
| Pittsburgh, PA 15219 | 701 Market Street, Suite 5000 |
| Phone: 412-471-5566 | Philadelphia, PA 19106 |
| rwinnecour@chapter13trusteewdpa.com | Phone: 215-627-1322 |
| | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Dated: 11·2·2017

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

FILED
11/2/17 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dana M. Kohnen  
       Debtor

Case No. 16-20824-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Nov 02, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.  
db         +Dana M. Kohnen,    332 East Garden Road,    Pittsburgh, PA 15227-3106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
        Lauren M. Lamb    on behalf of Debtor Dana M. Kohnen julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                         TOTAL: 7