FILED
12/10/20 8:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTIRCT OF PENNYSLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dana M. Kohnen, | ) | Bankruptcy No. 16-20824-JAD |
|    *Debtor* | ) | |
| | ) | Chapter 13 |
| | ) | |
| Dana M. Kohnen, | ) | Related To Docket Nos. 54, 52 |
|    *Movant* | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| Bank of America, Capital One Bank, | ) | |
| JPMorgan Chase Bank, Duquense Light, | ) | |
| Midland Funding, MidFirst Bank, Midland | ) | |
| Mortgage, PNC Bank, PA Dept. of Revenue, | ) | |
| Portfolio Recovery Associates, Synchrony | ) | |
| Bank, Sears, and Ronda J. Winnecour, | ) | |
| Trustee, | ) | |
|    *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this <u>10th</u> day of <u>December,</u> 2020, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion for Entry of Hardship Discharge filed at Docket No. 52 is DENIED as WITHDRAWN and the hearing scheduled for January 6, 2021, is CANCELLED.

Honorable Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
   Dana M. Kohnen
   Lauren M. Lamb, Esquire
   Ronda J. Winnecour, Esquire
   Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20824-JAD |
| Dana M. Kohnen | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dana M. Kohnen, 332 East Garden Road, Pittsburgh, PA 15227-3106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 12, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Dana M. Kohnen julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: culy Page 2 of 2
Date Rcvd: Dec 10, 2020 Form ID: pdf900 Total Noticed: 1

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7