Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dana M. Kohnen**
Debtor(s)

Bankruptcy Case No.: 16−20824−JAD
Related To Doc. No. 57
Chapter: 13
Docket No.: 58 − 57

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 22nd of December, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/5/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/17/21 at 11:00 AM at the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/5/21.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dana M. Kohnen  
    Debtor(s)

Case No. 16-20824-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: msch      Page 1 of 2  
Date Rcvd: Dec 22, 2020      Form ID: 408v      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Dana M. Kohnen, 332 East Garden Road, Pittsburgh, PA 15227-3106 |
| 14192349 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14228144 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14216827 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14192353 | | Midland Mortgage, PO Box 269074, Oklahoma City, OK 73126-9074 |
| 14192356 | + | Sears/CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14202575 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:47:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14192350 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:47:02 | Capital One Bank USA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14257609 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 23 2020 04:24:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14192351 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 23 2020 02:57:25 | Chase /Bank One Card Services, P.O. Box 15298, Wilmington, DE 19886 |
| 14192352 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 23 2020 02:46:57 | Chase Bank USA, P.O. Box 15650, Wilmington, DE 19886 |
| 14236365 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 23 2020 04:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14257270 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 23 2020 03:48:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14256911 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 23 2020 03:48:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14192354 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 23 2020 03:48:00 | PNC Bank NA, PO Box 3180, Pittsburgh, PA 15222 |
| 14257619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:36:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14192357 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:46:35 | SYNCB/Sam's, PO Box 965005, Orlando, FL 32896-5005 |
| 14192358 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:46:35 | Synchrony Bank/BP, PO Box 965024, Orlando, FL 32896-5024 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MidFirst Bank |
| 14192355 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, PO Box 3180, Pittsburgh, PA 15222 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Dana M. Kohnen julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7