**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANA M. KOHNEN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>         vs.<br>No Respondents. | Case No.:16-20824 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

December 21, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/07/2016 and confirmed on 4/20/16. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 159,109.29 |
| Less Refunds to Debtor | 5,551.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 153,558.17 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 7,367.22 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,767.22 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB*<br>    Acct: 8911 | 0.00 | 54,884.10 | 0.00 | 54,884.10 |
|   MIDFIRST BANK SSB*<br>    Acct: 8911 | 1,044.31 | 1,044.31 | 0.00 | 1,044.31 |
| | | | | 55,928.41 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DANA M. KOHNEN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DANA M. KOHNEN<br>    Acct: | 5,551.12 | 5,551.12 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   MIDFIRST BANK SSB*<br>    Acct: 8911 | 900.00 | 900.00 | 0.00 | 900.00 |
| | | | | 900.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY*<br>    Acct: 5806 | 60.75 | 60.75 | 0.00 | 60.75 |
|   BANK OF AMERICA NA**<br>    Acct: 1028 | 25,182.54 | 25,182.54 | 0.00 | 25,182.54 |
|   CAPITAL ONE BANK NA**<br>    Acct: 1780 | 12,935.27 | 12,935.27 | 0.00 | 12,935.27 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 8623 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 9729 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA<br>    Acct: 1326 | 17,428.08 | 17,428.08 | 0.00 | 17,428.08 |
|   PNC BANK NA<br>    Acct: 7991 | 18,633.36 | 18,633.36 | 0.00 | 18,633.36 |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,487.69 | 3,487.69 | 0.00 | 3,487.69 |

16-20824 JAD                                                                                                  Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 9286 | | | | |
|   MIDLAND FUNDING LLC | 7,537.49 | 7,537.49 | 0.00 | 7,537.49 |
|     Acct: 1396 | | | | |
|   MIDLAND FUNDING LLC | 697.36 | 697.36 | 0.00 | 697.36 |
|     Acct: 9695 | | | | |
| | | | | 85,962.54 |

TOTAL PAID TO CREDITORS                                                                                    142,790.95

  TOTAL CLAIMED
    PRIORITY              900.00
    SECURED           1,044.31
    UNSECURED     85,962.54

Date: 12/21/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DANA M. KOHNEN

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-20824 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dana M. Kohnen  
    Debtor(s)

Case No. 16-20824-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: msch      Page 1 of 2  
Date Rcvd: Dec 22, 2020      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Dana M. Kohnen, 332 East Garden Road, Pittsburgh, PA 15227-3106 |
| 14192349 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14228144 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14216827 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14192353 | | Midland Mortgage, PO Box 269074, Oklahoma City, OK 73126-9074 |
| 14192356 | + | Sears/CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14202575 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:47:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14192350 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:57:30 | Capital One Bank USA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14257609 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 23 2020 04:24:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14192351 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 23 2020 02:46:58 | Chase /Bank One Card Services, P.O. Box 15298, Wilmington, DE 19886 |
| 14192352 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 23 2020 02:36:19 | Chase Bank USA, P.O. Box 15650, Wilmington, DE 19886 |
| 14236365 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 23 2020 04:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14257270 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 23 2020 03:48:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14256911 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 23 2020 03:48:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14192354 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 23 2020 03:48:00 | PNC Bank NA, PO Box 3180, Pittsburgh, PA 15222 |
| 14257619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:47:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14192357 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:57:08 | SYNCB/Sam's, PO Box 965005, Orlando, FL 32896-5005 |
| 14192358 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:57:10 | Synchrony Bank/BP, PO Box 965024, Orlando, FL 32896-5024 |

Case 16-20824-JAD    Doc 61    Filed 12/24/20    Entered 12/25/20 00:48:28    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: msch | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: pdf900 | Total Noticed: 18 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MidFirst Bank |
| 14192355 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, PO Box 3180, Pittsburgh, PA 15222 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Dana M. Kohnen julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7