FILED
2/8/21 6:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DANA M. KOHNEN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 16-20824-JAD

Chapter 13

Related To Doc. No. 57

**ORDER OF COURT**

    AND NOW, this 8th day of February, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

mas

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dana M. Kohnen  
Debtor

Case No. 16-20824-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: culy Page 1 of 2  
Date Rcvd: Feb 08, 2021 Form ID: pdf900 Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Dana M. Kohnen, 332 East Garden Road, Pittsburgh, PA 15227-3106 |
| 14192349 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14228144 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14216827 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14192353 | | Midland Mortgage, PO Box 269074, Oklahoma City, OK 73126-9074 |
| 14192356 | + | Sears/CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14202575 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 02:55:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14192350 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 02:54:08 | Capital One Bank USA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14257609 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 09 2021 03:00:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14192351 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 09 2021 02:52:40 | Chase /Bank One Card Services, P.O. Box 15298, Wilmington, DE 19886 |
| 14192352 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 09 2021 02:55:34 | Chase Bank USA, P.O. Box 15650, Wilmington, DE 19886 |
| 14236365 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2021 03:00:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14257270 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2021 02:59:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14256911 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2021 02:59:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14192354 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2021 02:59:00 | PNC Bank NA, PO Box 3180, Pittsburgh, PA 15222 |
| 14257619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2021 09:40:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14192357 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2021 02:55:28 | SYNCB/Sam's, PO Box 965005, Orlando, FL 32896-5005 |
| 14192356 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2021 02:52:48 | Sears/CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |

Case 16-20824-JAD    Doc 68    Filed 02/10/21    Entered 02/11/21 00:40:52    Desc Imaged
                         Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 18 |

| 14192358 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Feb 09 2021 02:52:35 | Synchrony Bank/BP, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MidFirst Bank |
| 14192355 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, PO Box 3180, Pittsburgh, PA 15222 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021                          Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Dana M. Kohnen julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7